443 A.2d 395

Commonwealth v. Phillips, Appellant.

Argued September 9, 1980. John B. Talierco, for appellant; Michael H. Ranck, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

BROSKY, J., concurred in the result.

443 A.2d 395

Commonwealth v. Terrell, Appellant.
Petition for Allowance of Appeal Denied June 16, 1982.

Submitted January 28, 1981. Lee Mandell, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Affirmed.